HANORAH SAMMONS et al., as Administrators of WILLIAM SAMMONS, Deceased, Respondents, *v.* ITHACA STREET RAILWAY COMPANY, Appellant.

*Sammons* v. *Ithaca Street Ry. Co.*, 88 App. Div. 618, affirmed.
(Argued October 13, 1904; decided October 28, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

November 17, 1903, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

*S. D. Halliday* for appellant.

*P. F. McAllister* and *D. M. Dean* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.